IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL MONROE                                                                    PLAINTIFF

V.                              CASE NO.3:14CV00031 JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                         DEFENDANT


### JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 12th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE